UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 15-CR-0234-CRB/JSC |
|  | ) | |
| v. | ) | |
|  | ) | DETENTION ORDER |
| ARA KARAPEDYAN, | ) | |
|  | ) | |
| Defendant. | ) | |
|  | ) | |
|  | ) | |

The defendant ARA KARAPEDYAN appeared before the Court on June 5, 2015, for a detention hearing. The defendant was present and represented by his counsel, Eric H. Schweitzer, Esq., who sought the defendant's release subject to conditions. The Government requested detention, submitting that no condition or combination of conditions would assure the defendant's appearance or reasonably assure the safety of the community.

Upon consideration of the arguments presented by both parties, as well as the information presented in the report of Pretrial Services, the Court finds by a preponderance of the evidence that no condition or combination of conditions would assure the defendant's appearance, and also finds by clear

and convincing evidence that no condition or combination of conditions would reasonably assure the safety of the community.

The Court first finds that the government has shown by clear and convincing evidence that Defendant poses a danger to the community.  Although he does not have a criminal record, which weighs in favor of finding he is not a danger, he is charged in the indictment with having paid $1500 in November 2014 to arrange for the murder of a person who angered a co-defendant. Although the least important of the factors to be considered, the evidence supporting this charge is strong as it is based on evidence, in part, from undercover agents.  Moreover, the government proffered that Defendant actually provided a "targeting package" for the victim along with the funds.  The government proffered further that Defendant took steps toward another "hit" in December 2012.

The Court also finds that the government has shown by a preponderance of the evidence that Defendant is a risk of flight.   Defendant told Pretrial Services that he had no knowledge of his finances because his finances were handled by his wife, but his wife told Pretrial Services that she had no knowledge of her husband's finances.  In addition, the Government proffered that an undercover agent and informants negotiated hundreds of fraudulent checks worth millions of dollars provided by Defendant, as well as purchased millions of dollars of diverted drugs from Defendant.  As part of these crimes, they provided Defendant with hundreds of thousands of dollars in cash on numerous occasions, as well as made wire transfers to him totaling several million dollars.  It thus appears that Defendant has access to funds that are unaccounted for.

The proposed sureties are not sufficient to mitigate these concerns.  Defendant's wife is unemployed and receives disability payments and is unable to travel to due health concerns.  The other proposed sureties are friends who do not have any assets that they can or are willing to post.

Accordingly, pursuant to the Bail Reform Act, 18 U.S.C. §§ 3141-50, for the reasons set forth above and as stated during the June 5, 2015 detention hearing, IT IS HEREBY ORDERED THAT Defendant is detained pending trial.

DATED: June 11, 2015

_____
HONORABLE JACQUELINE S. CORLEY
United States Magistrate Judge