1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11   UNITED STATES OF AMERICA,                    No. 3:15-cr-00234-CRB

12              Plaintiff,                        **ORDER TO FILE JUSTIFICATION**

13        v.

14   ARA KARAPEDYAN, ET AL.,

15              Defendants.

16                                            /

17        A First Superceding Indictment in this matter alleges that thirty-three defendants were

18   engaged in a conspiracy to distribute wholesale prescription drugs that were procured

19   without legitimate licenses. See First Superceding Indictment, 15-cr-0234 (dkt. 163).

20   Defendants Artur Stepanyan, Mihran Stepanyan, David Miller, and Millers' drug wholesale

21   business Minnesota Independent Cooperative ("MIC") are accused of being among the

22   principal players in the conspiracy, which allegedly involved Mihran Stepanyan and Artur

23   Stepanyan supplying David Miller and MIC with large amounts of drugs that were acquired

24   from unlicensed sources. See id. ¶ 12.  These allegations sound familiar.  In fact, an

25   indictment filed in the Southern District of Ohio, 15-cr-052, levels this same basic allegation

26   against these same four defendants.  There, too, Artur Stepanyan and Mihran Stepanyan are

27   accused of supplying David Miller and MIC with large amounts of prescription drugs that

28   were acquired through unlicensed sources. See Indictment, 15-cr-00052 (dkt. 3) at ¶ 14.

1       The Government is hereby DIRECTED to submit in writing its justification for

2 proceeding in two districts simultaneously in this matter.  The filing should include a

3 description of the commonality between the events underlying both indictments, as well as

4 the Government's position with respect to joining the proceedings and transferring the Ohio

5 case to San Francisco.  Such filing must be made no later than Friday, July 17, 2015.

6       **IT IS SO ORDERED.**

7

8 Dated:  July 10, 2015

                   CHARLES  R. BREYER

9                       UNITED STATES DISTRICT JUDGE