IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:15-cr-00234-CRB |
| Plaintiff, | **ORDER TO APPEAR** |
| v. | |
| ARA KARAPEDYAN, ET AL., | |
| Defendants. | |

Defendants Gevork Ter-Myrtchyan, Loui Artin, Arman Petroysan, and Lanna Karapedyan and their counsel Laura Crawford and George Mgdesyan are hereby DIRECTED to appear personally in court for a hearing regarding potential conflicts in the legal representation of these defendants. The hearing will take place on July 23, 2015, at 2:00 p.m., in Courtroom 6, 17th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: July 10, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE