ALEX G. TSE (CABN 152348)
First Assistant United States Attorney
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515

DAMALI A. TAYLOR (CABN 262489)
MARC PRICE WOLF (CABN 254495)
CLAUDIA A. QUIROZ (CABN 254419)

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6753
    damali.taylor@usdoj.gov
    marc.wolf@usdoj.gov
    claudia.quiroz@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 15-CR-0234 CRB |
| Plaintiff, | **STIPULATION SETTING BRIEFING SCHEDULE; [PROPOSED] ORDER** |
| v. | Hearing Date: February 8, 2017 |
| ARA KARAPEDYAN, et. al., | Time: 2:00 p.m. |
| Defendants. | Court: Hon. Charles R. Breyer |

    The United States of America, by and through Assistant United States Attorneys Damali A. Taylor, Marc Price Wolf, and Claudia A. Quiroz, and defendants Gevork Ter-Mkrtchyan, Maxwell Starsky, Ararat Yesayan, Tigran Sarkisyan, and Hripsime Khachtryan, by and through undersigned counsel (hereinafter, "the parties"), hereby stipulate and agree to the following proposed briefing schedule:

STIPULATION SETTING BRIEFING SCHEDULE; [PROPOSED] ORDER
CR 15-0234 CRB

<u>Objections to Filed Discovery / Grouping and Severance Motions:</u>[1]

  Defendant's Motions: December 15, 2016

  United States' Response: January 16, 2017

  Defense Reply: January 26, 2017

<u>Defendant Ter-Mkrtchyan's Motion to Sever</u>

  Defendant's Motion: December 22, 2016

  United States' Response: January 23, 2017

  Defendant's reply: January 30, 2017

The hearing in this matter shall remain as scheduled on February 8, 2017 at ~~2:00~~ 1:30 p.m.

This stipulation and proposed order is being submitted pursuant to the Court's October 25, 2016 order directing the parties to confer and set an orderly briefing schedule regarding objections to discovery and trial groupings. [Dkt. No. 749.] No other defendants have indicated that they will be filing motions to sever or other objections to the trial groupings.

IT IS SO STIPULATED.

            ALEX G. TSE
            First Assistant United States Attorney
            Attorney for the United States
            Acting Under Authority Conferred by
            28 U.S.C. § 515

Dated:   December 14, 2016

             /s/
            DAMALI A. TAYLOR
            MARC PRICE WOLF
            CLAUDIA A. QUIROZ
            Assistant United States Attorneys

---

[1] The following motions have already been filed: Defendant Ter-Mkrtchyan's First Set of Objections to Discovery and Grouping [Dkt. No. 742]; Defendant's Starsky's Memorandum Regarding Placement in Trial Group, [Dkt. No. 740]; Defendant Yesayan's Objection to Inclusion in Group One Trial and Motion to Sever [Dkt. No. 741]; and Defendant Sarkisyan's and Khachtryan's Joint Objection to Placement in Trial Group One [Dkt. No. 743]. Defendant Maxwell Starsky, through counsel, has indicated that he may file a motion to sever in addition to or to augment his memorandum regarding trial groupings currently on file and will do so by December 15, 2016.

STIPULATION SETTING BRIEFING SCHEDULE; ~~[PROPOSED]~~ ORDER
CR 15-0234 CRB

2

Dated: December 14, 2016

/s/
DORON WEINBERG
Attorney for Defendant Gevork Ter-Mkrtchyan

Dated: December 14, 2016

/s/
WILLIAM L. OSTERHOUDT
Attorney for Defendant Maxwell Starsky

Dated: December 14, 2016

/s/
MIRANDA KANE
Attorney for Defendant Ararat Yesayan

Dated: December 14, 2016

/s/
JERRY KAPLAN
Attorney for Defendant Tigran Sarkisyan

Dated: December 14, 2016

/s/
EUGENE PATTERSON HARRIS
Attorneys for Defendant Hripsime Hkachtryan

IS SO ORDERED.

Dated: 12/16/2016

HON. CHARLES R. BREYER
United States District Judge

STIPULATION SETTING BRIEFING SCHEDULE; [PROPOSED] ORDER
CR 15-0234 CRB

3

## Attestation of Filer

In addition to myself, the other signatories to this document are Doron Weinberg, William L. Osterhoudt, Miranda Kane, Jerry Kaplan, and Eugene Patterson Harris. I attest that I have their permission to enter a conformed signature on their behalf and to file the document.

DATED: December 14, 2016                /s/
                                        CLAUDIA A. QUIROZ
                                        Assistant United States Attorney