IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br>　　　　Plaintiff,<br>　　v.<br>ARA KARAPEDYAN, et al.,<br>　　　　Defendants. | Case No. 15-cr-00234-CRB<br><br>**ORDER RE: SENTENCING** |

　　　　Sentencing as to most defendants in this matter is set for March 21, 2023. By March 1, 2023, the Government is directed to submit a sentencing memorandum for all defendants containing the following information: The Sentencing Guideline calculation, the Guideline range, JSIN data reflecting sentencing information for similarly situated defendants, a description of the conduct admitted to by the defendant, the relative culpability of the defendant, any other factors the Court should consider in imposing a particular sentence, and a sentencing recommendation.

　　　　**IT IS SO ORDERED.**

　　　　Dated: January 30, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge